5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ametria L. Sulton, Plaintiff(s),

v.

Warren Consolidated School (Cromie), Defendant(s).

Case: 2:12-cv-14735
Judge: Murphy, Stephen J.
MJ: Grand, David R.
Filed: 10-25-2012 At 01:40 PM
CMP SULTON V. WARREN CONSOLIDATED SCHOOLS (DA)

Civil Complaint

On October 11th I was unlawful evicted from my apartment at 29296 Lund and arrested for Tresspassing. While I was incarserated at the Warren Police Station Child Protective Services placed my daughter Heaven into Foster care. I have yet to have a preliminary hearing on this matter because Warren Police

released me about 5 minutes before the pleminary Hearing. My Parental Rights have Never been terminated and I have Never received any Formal Paper Work From the Department of Human Services child protective Services. When I went to Cromie to see if my daughter was actually at School they Said yes, but Refused to let me See her and on a Follow up visit had MS. Tuzek serve me with notice that I could not come back to the School where my daughter attends Kindergarden. I have Not Seen my daughter Since 10/11/12

10/25/12
Date

Signature of Plaintiff: Amitra L Sulton
Street Address: 20416 CheyeNNE
City, State, Zip Code: Detroit, MI 48235
Telephone Number: 248-878-8879

**Warren Consolidated Schools**
31300 Anita Warren, Michigan 48093-1697
(888) 4WCS-KIDS          www.wcskids.net

BOARD OF EDUCATION
I. Susan Kattula, President
Brian White, Vice President
Elaine G. Martin, Secretary
Susan M. Jozwik, Treasurer
Loretta A. Crow, Trustee
Megan E. Papasian-Broadwell, Trustee
Clifford Terry, Trustee

Robert D. Livernois, Ph.D.
Superintendent

October 16, 2012

Ms. Ametra Sulton
29296 Lund
Warren, MI  48093

Dear Ms. Sulton:

This letter is intended to advise you that your presence on Warren Consolidated School property is prohibited. This is to include parking lots, sidewalks and easements, as well as all adjacent Warren Consolidated Schools' properties. Should you choose to enter any Warren Consolidated School property, the Administration will immediately contact the Police Department to file a trespassing complaint, ask for your removal from the property and ensure prosecution to the fullest extent of the law.

Again, this letter serves as an advisory that your presence on Warren Consolidated Schools' properties at any time ***before, during, or after school hours*** will be considered an act of criminal trespass and will be immediately reported to the appropriate Police Department.

Sincerely,

W. E. Lare, Jr.
Director of Student Affairs

Where Children Succeed
Warren Consolidated Schools is an equal opportunity employer.
Auxiliary aids and services are available upon request to individuals with disabilities



NATIONAL EXEMPLARY SCHOOLS

# CIVIL COVER SHEET

County in which action arose: Macomb

sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided
ourt. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating
et sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Ametra L. Sulton

**DEFENDANTS**
(Cromie) Warren Consolidated Sch

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

20416 Cheyenne St
Detroit, MI 48235

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 2:12-cv-14735
Judge: Murphy, Stephen J.
MJ: Grand, David R.
Filed: 10-25-2012 At 01:40 PM
CMP SULTON V. WARREN CONSOLIDATED SCHOOLS (DA)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD
Ametra L. Sulton

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

.ı TO LOCAL RULE 83.11

Is this a case that has been previously dismissed?   ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :